JOSEPH P. RUSSONIELLO (CABN 44332)
United States Attorney

FILED

2009 DEC 18  P 3: 42

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
N.D. CA.-SAN JOSE



SEALED BY ORDER OF THE COURT

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CR No. 09 01197 |
| Plaintiff, | VIOLATION: 21 U.S.C. §§ 331(d) and 333(a)(2)--Introduction and Delivery of Unapproved New Drugs Into Interstate Commerce With The Intent To Defraud And Mislead |
| v. | |
| VMG GLOBAL, INC., dba AMERICAN CELLULAR LABS, | SAN JOSE VENUE |
| Defendant. | |

### INFORMATION

The United States Attorney charges:

<u>COUNT ONE</u>: (21 U.S.C. §§ 331(d) and 333(a)(2) -- Introduction/Delivery For Introduction Of Unapproved Drugs With Intent To Defraud And Mislead

Beginning in approximately January of 2005, and continuing through July of 2009, in the Northern District of California, and elsewhere, the defendant

VMG GLOBAL, INC.,
dba AMERICAN CELLULAR LABS,

with the intent to defraud and mislead, did introduce, and deliver for introduction, into interstate commerce new drugs, as defined at Title 21, United States Code, Section 321(p), which had not been approved by the Food and Drug Administration, as required by Title 21, United States

///

Code, Section 355, that is, "American Cellular Labs Tren Xtreme," and "American Cellular Labs Mass Extreme."

All in violation of Title 21, United States Code, Sections 331(d) and 333(a)(2).

DATED: 12/18/09

JOSEPH P. RUSSONIELLO
United States Attorney

/s/ Matthew A. Parrella

MATTHEW A. PARRELLA
Chief, CHIP Unit

(Approved as to form: /s/ )
AUSA PARRELLA

AO 257 (Rev. 6/78)

## DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT

BY: ☐ COMPLAINT   ☒ INFORMATION   ☐ INDICTMENT   ☐ SUPERSEDING

---- OFFENSE CHARGED ----

21 USC 331(d) & 333 (a)(2) - -Introduction and Delivery of Unapproved New Drugs Into Interstate Commerce With The Intent To Defraud And Mislead

☐ Petty
☐ Minor
☐ Misdemeanor
☒ Felony

SEALED BY ORDER OF THE COURT

PENALTY: 3 years custody; $10,000 fine; 1 year supervised release; special assessment $100.

Name of District Court, and/or Judge/Magistrate Location
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION

FILED

---- DEFENDANT - U.S ----
VMG GLOBAL, INC.,
dba AMERICAN CELLULAR LABS

2009 DEC 18  P 3: 42
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
N.D. CA. SAN JOSE

DISTRICT COURT NUMBER
CR-09 01197 JF
RS

---- PROCEEDING ----

Name of Complaintant Agency, or Person (& Title, if any)
FDA

☐ person is awaiting trial in another Federal or State Court, give name of court

☐ this person/proceeding is transferred from another district per (circle one) FRCrp 20, 21, or 40. Show District

☐ this is a reprosecution of charges previously dismissed which were dismissed on motion of:
☐ U.S. ATTORNEY   ☐ DEFENSE

SHOW DOCKET NO.

☐ this prosecution relates to a pending case involving this same defendant

MAGISTRATE CASE NO.

☐ prior proceedings or appearance(s) before U.S. Magistrate regarding this defendant were recorded under

Name and Office of Person Furnishing Information on this form   Joseph P. Russoniello
☒ U.S. Attorney   ☐ Other U.S. Agency

Name of Assistant U.S. Attorney (if assigned)   AUSA Matthew A. Parrella

---- DEFENDANT ----

IS NOT IN CUSTODY
1) ☐ Has not been arrested, pending outcome this proceeding. If not detained give date any prior summons was served on above charges ▶
2) ☐ Is a Fugitive
3) ☐ Is on Bail or Release from (show District)

IS IN CUSTODY
4) ☐ On this charge
5) ☐ On another conviction   } ☐ Federal ☐ State
6) ☐ Awaiting trial on other charges
If answer to (6) is "Yes", show name of institution

Has detainer been filed?  ☐ Yes  ☐ No    If "Yes" give date filed

DATE OF ARREST ▶ Month/Day/Year

Or... if Arresting Agency & Warrant were not
DATE TRANSFERRED TO U.S. CUSTODY ▶ Month/Day/Year

☐ This report amends AO 257 previously submitted

---- ADDITIONAL INFORMATION OR COMMENTS ----

PROCESS:
☐ SUMMONS   ☒ NO PROCESS*   ☐ WARRANT   Bail Amount:

If Summons, complete following:
☐ Arraignment   ☐ Initial Appearance
Defendant Address:

* Where defendant previously apprehended on complaint, no new summons or warrant needed, since Magistrate has scheduled arraignment

Date/Time:   Before Judge:

Comments: